IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **GUILLERMO PARRA** § | |
| § | |
| § | **CIVIL ACTION NO. _____** |
| § | |
| **VS.** § | |
| § | **JURY DEMANDED** |
| **ALLSTATE TEXAS LLOYDS** § | |
| **AND ROBERT BULLERDICK** § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW ALLSTATE TEXAS LLOYDS AND ROBERT BULLERDICK, and pursuant to Rule 15, Federal Rules of Civil Procedure, and 28 U.S.C. Sections 1441 and 1332, file this their Notice of Removal and in connection therewith would respectfully show the Court the following:

### I.
### BACKGROUND

Petitioners are the Defendants in a civil action now pending in the 406th District Court of Hidalgo County, Texas, Cause Number 2015-CVF-001243 D4 styled *Guillermo Parra v. Allstate Texas Lloyds and Robert Bullerdick* wherein Plaintiff seeks monetary relief for property damage, and alleged violations of the Texas Insurance Code, as well as claims for breach of the duty of good faith and fair dealing and fraud.

### II.
### BASIS FOR REMOVAL

The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that the Defendants are diverse in citizenship from the Plaintiff. No Defendant is a citizen of the State of Texas.

### III.
### DIVERSITY IN CITIZENSHIP

The Plaintiff, Guillermo Parra, is domiciled in Webb County, in the State of Texas, and was domiciled there at the time this action was commenced. Plaintiff was at that time and is now a citizen of the State of Texas.

Allstate Texas Lloyds, the Defendant, is a Lloyds plan, an entity engaged in the business of writing insurance on the Lloyds plan. The Lloyds plan is an unincorporated association, which is considered to have the citizenship of its members, the underwriters. Allstate Texas Lloyds was, and at the date of this Notice, remains, an association of underwriters whose individual underwriters are all residents and citizens of the States of Illinois and New Jersey[1]. The United States Supreme Court has consistently held for over one hundred years that the "citizenship of an unincorporated association [such as Allstate] is determined . . . solely by the citizenship of its members." *See Massey v. State Farm Lloyds Ins. Co. 993 F. Supp. 568, 570 (S.D. Tex. 1998); see also Gore v. Stenson, 616 F. Supp. 895, 898-899 (S.D. Tex. 1984)* The underwriters for Allstate Texas Lloyds, all reside outside the State of Texas and have continuously resided outside the State of Texas from January 1, 2009 to the present.

Defendant, Robert Bullderdick is a resident and citizen of the State of North Carolina and no other state. See Paragraph 4 of Plaintiff's Original Petition. He was served at his address in North Carolina. See affidavit of service from Jeff Cochrane attached in the Index of Matters Filed. Accordingly, diversity of citizenship exists among the parties.

### IV.
### AMOUNT IN CONTROVERSY

The amount in controversy in this action exceeds, exclusive of interests and costs, the sum of

---

[1] An Affidavit regarding the residency of the underwriters will be supplemented.
S:\McAllen\April Burner\FEDERAL COURT\36262 Guillermo Parra\Ntc of Removal (Fed).doc

Seventy-Five Thousand Dollars ($75,000.00).  Plaintiff's Original Petition seeks monetary damages over $200,000.00 but not more than $1,000,000.00, as well as additional damages.  See Plaintiff's Original Petition Paragraph 5.  Additionally, Plaintiff seeks statutory damages, extra-contractual damages, exemplary damages and attorney's fees.  Accordingly, considering Plaintiff's pleading and the damages Plaintiff would be entitled to, should he prevail, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

**V.**

Removal of this action is proper under 28 U.S.C. §1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. §1332 because the Plaintiff and Defendants are diverse in citizenship and the amount in controversy exceeds $75,000.00.

**VI.**

This notice of removal is being filed within thirty (30) days after receipt by Petitioners of Plaintiff's Original Petition, which was the first notice to Defendant of this lawsuit. This removal is filed under 28 U.S.C. Section 1446(b).

**VII.**

Petitioners' time to answer or remove with respect to the Plaintiff's Original Petition has not expired.  Plaintiff's Original Petition was served on the Defendant Allstate Texas Lloyds on May 1, 2015.  Robert Bullerdick was served on April 28, 2015.  Defendant, Robert Bullerdick joins and consents to the removal of this case to Federal Court.

**VIII.**

This action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. Section 1331 and this action may be removed to this Court by Petitioner, pursuant to the

provisions of 28 U.S.C. Section 1441.  Copies of all pleadings including the docket sheet on file with the State Court are attached hereto.

WHEREFORE, ALLSTATE TEXAS LLOYDS AND ROBERT BULLERDICK, Defendants in this action, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. §1446, remove this action for trial from the 406th District Court, Webb County, Texas to this Court, on this 28th day of May, 2015.

Respectfully submitted,

BY:     /s/ *Rosemary Conrad-Sandoval*
Rosemary Conrad-Sandoval
Attorney-in-charge
State Bar #04709300
Federal ID #13738

Of Counsel
ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 North 10th Street
McAllen, Texas   78504
(956) 393-6300
(956) 386-1625 (Fax)

ATTORNEYS FOR DEFENDANT

## VERIFICATION

THE STATE OF TEXAS    :
                      :
COUNTY OF HIDALGO     :

I, ROSEMARY CONRAD-SANDOVAL, being first duly sworn, depose and say that: I am counsel for Petitioner, ALLSTATE TEXAS LLOYDS; I am familiar with the contents of the above; and to the best of my knowledge the contents thereof are true and correct.

_____
ROSEMARY CONRAD-SANDOVAL

SUBSCRIBED AND SWORN TO BEFORE ME by the said ROSEMARY CONRAD-SANDOVAL, this 27th day of May, 2015, to certify which witness my hand and seal of office.

APRIL BURNER
NOTARY PUBLIC
State of Texas
Comm. Exp. 03/30/2017

_____
Notary Public, State of Texas

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Removal has been mailed, Certified Mail, Return Receipt Requested, to the Attorney for Plaintiff, as follows:

Rene Sigman
MOSTYN LAW FIRM
3810 W. Alabama St.
Houston, Texas 77027

on this 28th day of May, 2015.

　　　　　　　　　　　　　　　　　　　　　　/s/ *Rosemary Conrad-Sandoval*
　　　　　　　　　　　　　　　　　　　　　　ROSEMARY CONRAD-SANDOVAL