IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| GUILLERMO PARRA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:15-CV-00111 |
| | § | |
| ALLSTATE TEXAS LLOYD'S AND | § | |
| ROBERT BULLERDICK, | § | JURY DEMANDED |
|     Defendants. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

    Plaintiff files this Notice of Settlement, and respectfully notifies the Court as follows:

    1)    On October 13, 2015, Plaintiff and Defendants entered into an agreement to settle this case.

    2)    The parties anticipate a Settlement Agreement will be signed by all parties within 60 days, if not before.

    3)    The parties anticipate that the Agreed Stipulation of Dismissal With Prejudice will be filed with the Court within 60 days.

    Respectfully submitted,

    THE MOSTYN LAW

    */s/ René M. Sigman*
    René M. Sigman
    State Bar No. 24037492
    Federal No. 900984
    3810 W. Alabama Street
    Houston, Texas  77027
    (713) 861-6616 (Office)
    (713) 861-8084 (Facsimile)

    **ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record, pursuant to the Federal Rules of Civil Procedure, on this the 13th day of October, 2015, as follows:

*/s/ René M. Sigman*
René M. Sigman