IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| GUILLERMO PARRA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:15-cv-0111 |
| | § | |
| ALLSTATE TEXAS LLOYDS | § | |
| AND ROBERT BULLERDICK | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Guillermo Parra and Defendants, Allstate Texas Lloyds and Robert Bullerdick, and file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On April 13, 2015, Plaintiffs, Guillermo Parra sued Defendants.

2. Plaintiff, Guillermo Parra, moves to dismiss his suit.

3. Defendants agree to the dismissal of Guillermo Parra's claims

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of Guillermo Parra's case.

9. Plaintiff has not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is *with* prejudice to re-filing.

Respectfully submitted,

/S/ *Rene M. Sigman*
Rene M. Sigman
Attorney in Charge
Southern District No. 900984
State Bar No.: 24037492

1

Of Counsel:

MOSTYN LAW FIRM
3810 W. Alabama St.
Houston, Texas 77027
(713) 714-0000
(713) 714-1111 (fax)

/S/ Rosemary Conrad-Sandoval
Rosemary Conrad-Sandoval
Attorney In Charge
Fed. I.D. No. 13738
State Bar No. 04709300

Of Counsel:

ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 N. 10th Street
McAllen, TX  78504
(956) 393-6300
(956) 386-1625 Fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been mailed, via electronic service, to the Attorney for Plaintiff, as follows:

Rene M. Sigman
MOSTYN LAW FIRM
3810 W. Alabama St.
Houston, Texas  77027

on this 1st day of December, 2015.

/S/ Rosemary Conrad-Sandoval
ROSEMARY CONRAD-SANDOVAL